USDC FILED
3/13/09

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STREETBRAINS.COM, LLC ) | 09 CV 1980 (SAS) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR ADMISSION** |
| v. ) | **PRO HAC VICE** |
| ) | **ON WRITTEN APPLICATION** |
| LYRIS, INC., a Delaware Corporation; ) | |
| LYRIS TECHNOLOGIES, INC., a Delaware ) | |
| Corporation; and HOT BANANA ) | |
| SOFTWARE, INC., a Canadian Corporation, ) | |
| ) | |
| Defendants. ) | |

Defendants Lyris, Inc., Lyris Technologies, Inc., and Hot Banana Software, Inc. (collectively, "Defendants"), having filed made their application for Donald F. Drummond and Bridget B. Laurent to appear *pro hac vice* and good cause appearing therefor;

**IT IS HEREBY ORDERED** that

| Donald F. Drummond | and | Bridget B. Laurent |
|---|---|---|
| Drummond & Associates | | Drummond & Associates |
| One California Street, Suite 300 | | One California Street, Suite 300 |
| San Francisco, CA 94111 | | San Francisco, CA 94111 |
| Telephone: (415) 433-2261 | | Telephone: (415) 433-2261 |
| Fax: (415) 438-9819 | | Fax: (415) 438-9819 |
| Email: buldogdrum@drummondlaw.net | | Email: blaurent@drummondlaw.net |

are admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

DATED: March 13, 2009
City, State: New York, NY

Hon. Shira A. Scheindlin
United States District Judge