UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STREETBRAINS.COM, LLC,          :

          Plaintiff,          :

    -against-          :          ORDER

LYRIS, INC, ET AL.,          :          09 Civ. 1980 (SAS)(KNF)

          Defendants.          :

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/09
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on October 14, 2009, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the defendants to (212) 805-6705.

Dated: New York, New York
       October 8, 2009          SO ORDERED:

                                      *Kevin Nathaniel Fox*
                                 KEVIN NATHANIEL FOX
                                 UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Glen F. Haley, Esq.
Donald Drummond, Esq.